UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LESLEY FARMS LLC,

          Plaintiff,

v.

NVA EVERGREEN EQUINE VETERINARY MANAGEMENT LLC, et al.,

          Defendants.

C25-229 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the corporate disclosure statements filed by plaintiff Lesley Farms, LLC, docket no. 17, and defendants R. O. Lervick Arabians, LLC, NVA Evergreen Equine Veterinary Management, LLC, and C&H Equine, PLLC, docket nos. 19, 26, and 30, respectively, the Court is not satisfied that the corporate disclosure statements comply with Local Civil Rule 7.1 and Federal Rule of Civil Procedure 7.1. The aforementioned parties are each DIRECTED to file, by June 13, 2025, amended corporate disclosure statements identifying the parties, owners, partners, or members of the entities *and* stating the state(s) of citizenship of each such party, owner, partner, or member as required by LCR 7.1(b) and FRCP 7.1(a)(2).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of June, 2025.

          Ravi Subramanian
          Clerk

          s/Laurie Cuaresma
          Deputy Clerk

MINUTE ORDER - 1