UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LESLEY FARMS LLC,

          Plaintiff,

  v.

NVA EVERGREEN EQUINE
VETERINARY MANAGEMENT
LLC, et al.,

          Defendants.

C25-229 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Having reviewed the amended disclosure statement, docket no. 47, filed by Defendant R. O. Lervick Arabians, LLC ("Defendant"), the Court concludes that it does not satisfy the requirements of Local Civil Rule ("LCR") 7.1 and Federal Rule of Civil Procedure ("FRCP") 7.1. Under LCR 7.1, a nongovernmental party that is a limited liability company must file a corporate disclosure statement in which the party names any member or owner, or states that there "is no parent, shareholder, member, or partner to identify as required by LCR 7.1(a)(1)." *See* LCR 7.1(a)(2); *see also* FRCP 7.1(a)(1). Under LCR 7.1(b), a party in a diversity case must, for any persons identified pursuant to LCR 7.1(a)(1), list those ***state(s)*** in which the party, owners, partners, or members are

MINUTE ORDER - 1

citizens. Defendant's amended statement fails to do so. Although Defendant's registered agent and governor are named, Defendant does not conclusively identify the full list of members or owners of R.O. Lervick Arabians, LLC, or state the state(s) of citizenship of each member. Claiming an individual is a "citizen of the United States" is not sufficient to identify their state(s) of citizenship as required by these rules.

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of June, 2025.

Ravi Subramanian  
Clerk

s/Laurie Cuaresma  
Deputy Clerk

MINUTE ORDER - 2